UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **CHARITY PETERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. |
| | ) |
| **GARY ALUMNI PATHWAY TO** | ) |
| **STUDENTS, INC.,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. Plaintiff, Charity Peterson ("Peterson" or "Plaintiff") by counsel, brings this action on behalf of herself, the United States of America, and the State of Indiana, against Defendant, Gary Alumni Pathway to Students, Inc., ("Defendant"), for violating the False Claims Act ("FCA") 31 U.S.C. § 3729 *et. seq.*

### II. PARTIES

2. Peterson is a resident of Lake County in the State of Indiana, who at all times relevant to this action, resides within the geographical boundaries of the Northern District of Indiana.

3. Defendant is a non-profit organization that connects alumni and stakeholders to students of Gary Community Schools to promote successful academic, career, and life outcomes. Defendant routinely conducts business within the geographical boundaries of the Northern District of Indiana.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 28 U.S.C. §1367; and 31 U.S.C. §3732(a).

5. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Northern District of Indiana; thus, the venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

6. Peterson began working for Defendant in or around October 2022 as a Lead Career and Life Skills Coordinator ("Coordinator").

7. As a Coordinator, one of Peterson's primary job duties was to complete required reports and other tasks related to the oversight of federal grants and to provide case management through the Indiana Career Connect (ICC) case management system which involves enrolling, tracking, and digitally recording activities as outlined in the Individual Student Plan (ISP). Included within that responsibility is the duty to provide students with relevant occupational, educational, and employment opportunities to ensure the success of the students within Defendant's work and to meet certain quotas laid out by two primary sources of federal funding for Defendant – the Center for Workforce Innovation (CWI) and the Indiana Department of Education (IDOE).

8. In order to receive funding from CWI without interruption, Defendant must meet a 75-student enrollment per fiscal school year.

9. In order to receive funding from IDOE without interruption, Defendant must meet a 75-student enrollment per fiscal school year.

10. On or about July 24, 2023, Executive Director for Defendant, Coni Taslim ("Taslim") directed Peterson to upload forged signed WIOA applications into WorkOne's "Indiana Career Connect" portal in an effort to defraud WorkOne. As Coordinator, Peterson was well aware that Defendant did not have enough completed documents to meet the 75-student enrollment quota required.

11. On or about July 26, 2023, Peterson went to the Board of Directors through Board Chair, Lisa Bennett ("Bennett"), and asked for a meeting to report the forgery of signatures.

12. On or about July 27, 2023, Bennett responded to Peterson and included Taslim in Peterson's request for a meeting – stalling her attempt to report the forgery to the Board directly.

13. On that same day, Peterson escalated her report to Human Resources, Angelique Rodriguez ("Rodriguez"), and brought to Rodriguez's attention the forgery.

14. On July 31, 2023, Peterson was notified that she was terminated in order to dispel her attempts or reporting of the Defendant's forgery and attempts to defraud.

## V. CAUSES OF ACTION

### COUNT I: FALSE CLAIMS ACT – WHISTLEBLOWER PROTECTION - RETALIATION

15. Peterson hereby incorporates paragraphs one (1) through fourteen (14) of her Complaint as if the same were set forth at length herein.

16. Peterson lawfully complained about Defendant's violations of the False Claims Act in furtherance of an action to be filed under the False Claims Act.

17. Defendant terminated Peterson's employment in retaliation for making a complaint of unlawful behavior and/or conduct as outlined in the False Claims Act.

17. Defendant's actions were intentional, willful, and taken in reckless disregard of the False Claims Act, 31 U.S.C. § 3730 (h).

18. Peterson has been damaged and continues to be damaged by Defendant's action.

### REQUESTED RELIEF

WHEREFORE, Plaintiff, Charity Peterson, respectfully request that this court enter judgment in her favor and award her the following relief:

1. Permanently enjoin Defendant from engaging in any employment policy or practice that retaliates against any employee after engaging in lawfully protected activity;

2. Reinstate Peterson's employment to the position, salary, and seniority level she would have enjoyed but for Defendant's unlawful actions with two (2) times the back pay and the corresponding interest to the back pay; and/or payment to Taylor of two (2) times the back pay with its corresponding interest, front pay, and compensatory damages pursuant to 31 U.S.C. § 3730(h), including an additional award under 31 U.S.C. § 3730(h)(2) in lieu thereof; and

3. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By:  */s/ Andrew Dutkanych*
Andrew Dutkanych
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991 - 4765
Email: ad@bdlegal.com
*Counsel for Plaintiff, Charity Peterson*

## DEMAND FOR JURY TRIAL

Plaintiff, Charity Peterson, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By: */s/ Andrew Dutkanych*
Andrew Dutkanych
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991 - 4765
Email: ad@bdlegal.com
*Counsel for Plaintiff, Charity Peterson*