UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CHARITY PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23-CV-317-PPS-APR |
| | ) | |
| GARY ALUMNI PATHWAY TO STUDENTS, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff, Charity Peterson, and Defendant, Gary Alumni Pathway to Students, Inc., filed a Stipulation of Dismissal [DE 19], stipulating to the dismissal of this action in its entirety.

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 19] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire cause of action **WITH PREJUDICE**. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**. SO ORDERED.

ENTERED: November 22, 2024.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**